UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC -3 P 2: 15

US DISTRICT COURT
HARTFORD CT

IN RE: DAVID JUDE PERROTTI
    Debtor

CADLEROCK JOINT VENTURE, L.P.
and UNITED JOINT VENTURE, A
LIMITED PARTNERSHIP
    Creditors/Plaintiffs

V.

DAVID JUDE PERROTTI
    Debtor/Defendant

CIVIL ACTION NO. 3:03CV00643(AVC)

### ORDER OF TRANSFER

In the interest of justice, the above-identified case is hereby transferred to the Honorable Robert N. Chatigny, Chief United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear docket number 3:03CV00643(RNC). Pleadings or documents related to this action and filed in any other seat of court will be returned to you unfiled. (See Local Rule 3(a))

SO ORDERED.

Dated at Hartford, Connecticut, this 3rd day of December, 2003.

                Alfred V. Covello
                United States District Judge