UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| <u>IN RE DAVID JUDE PERROTTI</u> : | |
| : | |
| CADLEROCK JOINT VENTURE, L. P. : | |
| and UNITED JOINT VENTURE, A LIMITEDD : | |
| PARTNERSHIP, : | |
| : | |
| Creditors/Plaintiff-Appellants : | |
| : | |
| v. : | CASE NO. 3:03CV643 (RNC) |
| : | |
| DAVID JUDE PERROTTI, : | |
| : | |
| Debtor/Defendant-Appellee. : | |

<u>JUDGMENT</u>

This action having come on for consideration of an appeal of an order of the Bankruptcy Court (Dabrowski, Chief Judge), before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed its Ruling and Order affirming the decision of the Bankruptcy Court, it is therefore,

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered dismissing the case.

Dated at Hartford, Connecticut, this 5th day of January 2004.

KEVIN F. ROWE, Clerk


By _____/s/lik_____
     Linda I. Kunofsky
     Deputy Clerk

EOD _____